I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/8/08

DEPUTY CLERK



FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PHILIP FRANK PALACIO,

    Plaintiff,

v.

WARDEN MIKE E. POULOS, et al.,

    Defendants.

Case No. EDCV 08-326-GAF (RNB)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including the Report and Recommendation of United States Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that (1) plaintiff's claims against the defendants in their official capacities are dismissed without leave to amend; (2) plaintiff's claims against defendants DiCarlo, Poulos, Sinacori, and Torres are dismissed without leave to amend and those defendants are dismissed from this action; (3) if he still desires to pursue this action against defendants McGowan, Borques, and Hernandez in their individual capacities, plaintiff shall file a Third Amended Complaint within thirty (30) days limited to his allegations and claims against defendants McGowan, Borques, and

Hernandez in their individual capacities. Plaintiff is cautioned that his failure to do so will result in the action being subject to dismissal for violation of a court order and/or failure to prosecute.

Dated: 9/4/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE