FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP FRANK PALACIO,<br><br>          Plaintiff,<br><br>vs.<br><br>WARDEN MIKE E. POULOS, et al.,<br><br>          Defendants. | Case No. EDCV 08-326-GAF (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: December 5, 2008

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE