JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP FRANK PALACIO,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN MIKE E. POULOS, et al.,<br><br>Defendants. | Case No. EDCV 08-326-GAF (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 8, 2008

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY